IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARIK HOOKS, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-3351 |
| v. | : | |
| KEVIN V. MINCEY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 1st day of November, 2018, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute; and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.